## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-10403-DDP-JPR | Date | June 9, 2021 |
|---|---|---|---|
| Title | Barbara Duke v. Princess Cruise Lines, Ltd. | | |

Present: The Honorable    DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**         (IN CHAMBERS ) ORDER


In light of the Notice of Settlement filed June 8, 2021, the Court sets a hearing on Order to Show Cause Re Dismissal for September 13, 2021 at 10:00 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.


|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | PG | | |